IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REAL ESTATE RICHES, INC.,**<br>**and JEFFREY L. RUBIN,** | : | **CIVIL NO. 1:CV-09-0453** |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN FENTIMAN,** | : | |
| **MARIA SCHLESINGER,** | : | |
| **RANDY T. WRAY,** | : | |
| **DAVID SANDBERG,** | : | |
| **and CHRISTOPHER SANDBERG,** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Upon consideration of Plaintiff's motion for voluntary dismissal of Defendants Brian Fentiman, Maria Schlesinger, David Sandberg and Christopher Sandberg, **IT IS HEREBY ORDERED THAT**:

1) The motion is granted.

2) All claims against Brian Fentiman, Maria Schlesinger, David Sandberg and Christopher Sandberg are dismissed with prejudice.

3) The Clerk of Court shall remove the names of those defendants from the caption of this action and the remaining parties shall delete the names of those former defendants on the caption of any future documents filed with this court.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  January 27, 2010.